# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA

v.

JORGE ORTEGA-ROCHA

**APPEARANCE**

Case Number:   07MJ2540

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JORGE ORTEGA-ROCHA

I certify that I am admitted to practice in this court.

| 10/31/2007 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA | 92101 | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: October 31, 2007             /s/ Joseph McMullen
JOSEPH McMULLEN
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Joseph_McMullen@fd.org