**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jorge Ortega Rocha ) <br> et al ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 07mj 2540 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/(Magistrate Judge,)

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted /) Case Disposed / Order of Court).

Jose Rosario Vega-Felix

DATED: 11/8/07

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk
   C. PUTTMANN

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082