UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>Jorge Ortega Rocha )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 07 CR 3054<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No: |

On order of the United States District/Magistrate Judge,   LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Alfredo Silvas-Cardenas

DATED: 11/13/07

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk