FILED

2008 MAR -5 PM 3:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___YNK___ DEPUTY

Attorney for Material Witness JOSE VLADIMIR MEZA-SILVAS

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>JORGE ORTEGA-ROCHA et.al.<br><br>Defendant. | Criminal Case No. 07cr 3054 IEG<br>Magistrate Case No. 07 mj 2540<br><br>ORDER<br>TO EXONERATE THE APPEARANCE<br>BOND FOR MATERIAL WITNESS<br>JOSE VLADIMIR MEZA -SILVAS |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness JOSE VLADIMIR MEZA-SILVAS be exonerated forthwith and the cash deposit of $500.00 be returned to his surety, ISRAEL RUIZ at the following address: 1700 E Date Street, San Bernardino,, California 92404.

IT IS SO ORDERED
3/5/08

The Honorable Louisa S. Porter
United States Magistrate Judge

1