```
                                                    FILED
                                               2008 MAR -5 PM 3:59
                                               CLERK US DISTRICT COURT
                                               SOUTHERN DISTRICT OF CALIFORNIA

                                               BY _____KMH_____ DEPUTY
```

Attorney for Material Witness ALFREDO SILVAS-CARDENAS

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07cr 3054 IEG |
| | Magistrate Case No. 07 mj 2540 |
| Plaintiff, | |
| | ORDER |
| v. | TO EXONERATE THE APPEARANCE |
| | BOND FOR MATERIAL WITNESS |
| | ALFREDO SILVAS-CARDENAS |
| JORGE ORTEGA-ROCHA et.al. | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness ALFREDO SILVAS-CARDENAS be exonerated forthwith and the cash deposit of $500.00 be returned to his surety, ISRAEL RUIZ at the following address: 1700 E Date Street, San Bernardino,, California 92404.

IT IS SO ORDERED

3/5/08

The Honorable Louisa S. Porter
United States Magistrate Judge

1